200 So. 439

### CITY OF ROANOKE v. C. T. ROBERTSON.

#### 5 Div. 323.

Supreme Court of Alabama.

May 16, 1940.

Rehearing Denied Feb. 27, 1941.

Dan R. Boyd, of Roanoke, and Michael Provosty, of New Orleans, La., for petitioner.

Paul J. Hooton, of Roanoke, opposed.

LIVINGSTON, Justice.

Petition of C. T. Robertson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of City of Roanoke v. Robertson, 200 So. 437.

Writ denied.

THOMAS, BROWN, and FOSTER, JJ., concur.